United States District Court
for the
Southern District of Florida

| | |
|---|---|
| US Bank National Association, Plaintiff, <br><br> v. <br><br> Jose Lopez, Defendant. | ) ) ) ) ) Civil Action No. 20-60088-Civ-Scola ) ) ) ) |

## Order Remanding Case

This matter is before the Court on Plaintiff US Bank National Association's renewed motion to remand. (Mot., ECF No. 47.) Having reviewed the motion, the record, and the relevant legal authorities, the Court **grants** the motion and **remands** this matter. (**ECF No. 47**.)

This matter stems from a state-court foreclosure action. The Defendant is a resident of Florida. The Plaintiff instituted the instant foreclosure action in state court in 2019. (Not. of Removal, ECF No. 1.) Initially, the Defendant asserted counterclaims against the Plaintiff and claimed that those counterclaims provided federal-question jurisdiction over this matter. (ECF No. 5.) After significant litigation, the Court dismissed the Defendant's counterclaims. (ECF No. 33.) On October 23, 2022, the Eleventh Circuit affirmed the dismissal. (ECF No. 41.) Now, the Plaintiff moves to remand this action back to state court. (Mot.)

There is no longer any question of federal question jurisdiction, and the Defendant cannot assert diversity jurisdiction over the state-court foreclosure action because he is a resident of Florida. (Not. of Removal ¶ 9); 28 U.S.C. § 1441(b). The Court therefore lacks jurisdiction and must remand.

For the reasons stated above, the Court **grants** the motion (**ECF No. 47**) and **remands** the case to state court. The Court **directs** the Clerk to **close** this case and take all necessary steps to ensure the prompt remand of this matter and the transfer of this file back to the **Circuit Court for the Seventeenth Judicial Circuit in and for Broward County**. Any pending motions are **denied** as moot.

**Done and ordered** in Miami, Florida, on March 1, 2023.

_____
Robert N. Scola, Jr.
United States District Judge